Siegel, Appellant, vs. The Town of Liberty and another,
Respondents.

*September 24— October 15, 1901.*

*Siegel v. Liberty, ante,* p. 470, followed.

Appeal from an order of the circuit court for Outagamie
county: John Goodland, Circuit Judge.   *Reversed.*

*F. C. Weed,* for the appellant.

For the respondents there was a brief by *A. M. Spencer,*
attorney, and *I. B. Lipson,* of counsel, and oral argument
by *Mr. Spencer.*

Winslow, J.   This is a taxpayer's action in equity to set
aside an alleged illegal contract for the purchase of a road
machine and to enjoin the collection of taxes to pay there-
for.   The allegations of the complaint are substantially
identical with the allegations of the complaint in the action
of *Siegel v. Liberty, ante,* p. 470, the only difference being
that the purchase of the road machine in the present action

was made by the town on behalf of road district number 9 in said town, of which the plaintiff, *Matthew Siegel*, is alleged to be a taxpayer, and the fact that it is not alleged in the present complaint that the name of the superintendent of said road district was signed to the petition without authority.

The case is ruled by the decision in the case of *Siegel v. Liberty, supra.*

*By the Court.*— Order reversed, and action remanded with directions to overrule the demurrer to the complaint.